THE CITY OF OLATHE, *Appellee,* v. F. R. OGG *et al., Appellants.*

No. 17,248.

Appeal from Johnson district court. Opinion filed March 11, 1911. Affirmed.

*C. L. Randall,* for the appellants.

*S. D. Scott,* and *S. T. Seaton,* for the appellee.

*Per Curiam:* This is an appeal from a judgment in favor of the city of Olathe against the sureties on a bond given by the Missouri & Kansas Interurban Railway Company to insure the payment of a part of the sum promised by it in consideration of the granting of a franchise, as described in the opinion in *Olathe v. Edson,* ante, p. 408. The questions involved are the same as in that case, and for the reasons there stated the judgment is affirmed.